**Paul McDONALD, Plaintiff–Appellant,**

v.

**Rodrick R. SOWERS, Warden; M. Stauffer, CO # 2, Defendants– Appellees.**

**No. 05–7091.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2006.

Decided: Oct. 31, 2006.

Paul McDonald, Appellant Pro Se. David Phelps Kennedy, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, LUTTIG,* and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul McDonald appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McDonald v. Sowers,* No. CA–04–4035–PJM (D. Md. June 20, 2005). We deny Mc-

---

* Judge Luttig was a member of the original panel but did not participate in this decision.

This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Donald's motions for appointment of counsel and for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*